RECEIVED

JAN 1 8 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARLENE KITROSER, ET AL. | MISC. CASE NO. 16-mc-101 |
| | RELATED CASE NO. 12-2387 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Arlene Kitroser, as Special Administrator and Derivative Claimant; and Mitchell I. Kitroser and Debra Starinsky, as Derivative claimants for the estate of Carl Kitroser is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this __18__ day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE